**DAVID B. JONELIS (BAR NO. 265235)**
djonelis@singerlaw.com
**KELSEY J. LEEKER (BAR NO. 313437)**
kleeker@singerlaw.com
**SINGER WEINSTEIN WOLF & JONELIS LLP**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone (310) 556-3501

Attorneys for Plaintiffs and Counterclaim
Defendants ROGER BRINGMANN and
LYNNE BRINGMANN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ROGER BRINGMANN; and LYNNE BRINGMANN,<br><br>Plaintiffs<br><br>v.<br><br>JENNIFER SHAKESHAFT; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-04406-HDV (BFMx)<br><br>**STIPULATED PROTECTIVE ORDER** |
| JENNIFER SHAKESHAFT,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>ROGER BRINGMANN; and LYNNE BRINGMANN,<br><br>Counterclaim Defendants. | |

1

STIPULATED PROTECTIVE ORDER

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **GRANTED**.

**IT IS SO ORDERED**.

DATED: 4/28/2026 , 2026

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

STIPULATED PROTECTIVE ORDER